ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 10 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Indictment |
| JAFETH BUSTAMANTE, A/K/A JAFETH GERARDO MONARREZ-BUSTAMANTE | No. 1:24-CR-0391 |

THE GRAND JURY CHARGES THAT:

On or about October 29, 2024, in the Northern District of Georgia, the defendant, JAFETH BUSTAMANTE, A/K/A JAFETH GERARDO MONARREZ-BUSTAMANTE, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A ___TRUE___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

_____
NICHOLAS L. EVERT
Assistant United States Attorney
Georgia Bar No. 693062

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000    fax (404) 581-6181